IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TEXAS HEALTH AND HUMAN SERVICES COMMISSION | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:15-cv-3851 |
| UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF STATE, JOHN KERRY in his Official Capacity as SECRETARY OF STATE, UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES, SYLVIA BURWELL, in her Official Capacity as SECRETARY OF HEALTH AND HUMAN SERVICES, OFFICE OF REFUGEE RESETTLEMENT, ROBERT CAREY, in his Official Capacity as Director of the OFFICE OF REFUGEE RESETTLEMENT, and INTERNATIONAL RESCUE COMMITTEE, INC. | § § § § § § § § § § § § § § § § § § | |
| Defendants. | § § | |

## TEMPORARY RESTRAINING ORDER

After considering Plaintiff Texas Health and Human Services Commission's Application for Temporary Restraining Order against Defendants United States of America, United States Department of State, John Kerry, in his official capacity as Secretary of State, United States Department of Health and Human Services, Sylvia Burwell in her official capacity as Secretary of Health and Human Services, Office of Refugee Resettlement, Robert Carey, in his official capacity as Director of the Office

of Refugee Resettlement, as well as the pleadings and affidavits, the Court FINDS as follows:

A. There is a substantial likelihood that Plaintiff will prevail on the merits of its claims against Defendants;

B. There is a substantial threat that irreparable injury will result if the injunction is not granted;

C. The threatened injury outweighs the threatened harm to the Defendants; and

D. Granting the preliminary injunction will not disserve the public interest.

IT IS THEREFORE ORDERED THAT:

1. Defendants, their officers, agents, servants, employees, and attorneys and all persons acting in concert with them are to be restrained from resettling refugees to Texas until December 9, 2015.

2. The clerk shall issue notice to Defendants that the hearing on Plaintiff's request for preliminary injunction is set for December 9, 2015 at _____ a.m./p.m.

This order will expire on December 9, 2015.

SIGNED on _____, 2015, at _____ a.m./p,m.

_____
U.S. DISTRICT JUDGE