IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TEXAS HEALTH AND HUMAN SERVICES COMMISSION | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:15-cv-3851 |
| UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF STATE, JOHN KERRY in his Official Capacity as SECRETARY OF STATE, UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES, SYLVIA BURWELL, in her Official Capacity as SECRETARY OF HEALTH AND HUMAN SERVICES, OFFICE OF REFUGEE RESETTLEMENT, ROBERT CAREY, in his Official Capacity as Director of the OFFICE OF REFUGEE RESETTLEMENT, and INTERNATIONAL RESCUE COMMITTEE, INC. | § § § § § § § § § § § § § § § § § § | |
| Defendants. | § § | |

### PLAINTIFFS' NOTICE OF APPEARANCE OF LEAD COUNSEL

TO THE HONORABLE U.S. DISTRICT COURT JUDGE DAVID C. GODBEY:

Counsel and attorney in charge in this matter is Austin R. Nimocks. Mr. Nimocks is appearing as lead counsel to represent the Texas Health and Human Services Commission in this case.

ACCORDINGLY, Plaintiffs respectfully request the Court notice Mr. Nimocks as lead

counsel for Plaintiffs and that all notices, correspondence or communication of any kind regarding the above-styled and numbered cause be also sent to Mr. Nimocks at the address shown below.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

BRANTLEY STARR
Deputy Attorney General for Legal
 Counsel

/s/ Austin R. Nimocks
AUSTIN R. NIMOCKS
Associate Deputy Attorney General for
 Special Litigation
Texas Bar No. 24002695
Austin.Nimocks@texasattorneygeneral.gov

ANGELA V. COLMENERO
Division Chief – General Litigation

ADAM N. BITTER
Assistant Attorney General

General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

*ATTORNEYS FOR PLAINTIFF*