**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| TEXAS HEALTH AND HUMAN SERVICES COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF STATE, JOHN KERRY in his Official Capacity as SECRETARY OF STATE, UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES, SYLVIA BURWELL, in her Official Capacity as SECRETARY OF HEALTH AND HUMAN SERVICES, OFFICE OF REFUGEE RESETTLEMENT, ROBERT CAREY, in his Official Capacity as Director of the OFFICE OF REFUGEE RESETTLEMENT, and INTERNATIONAL RESCUE COMMITTEE, INC. | § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 3:15-cv-3851 |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF**
**MOTION FOR TEMPORARY RESTRAINING ORDER**

TO THE HONORABLE JUDGE OF SAID COURT:

The Texas Health and Human Services Commission ("Commission" or "HHSC") files this notice withdrawing its Application for a Temporary Restraining Order. Plaintiff respectfully requests that the Court set the parties for a preliminary injunction hearing on or before December 9, 2015.

Dated: December 4, 2015.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

BRANTLEY STARR
Deputy Attorney General for Legal Counsel

/s/ Austin R. Nimocks
AUSTIN R. NIMOCKS
Associate Deputy Attorney General for Special Litigation
Texas Bar No. 24002695

ANGELA V. COLMENERO
Division Chief – General Litigation

ADAM N. BITTER
Assistant Attorney General

General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I certify that a copy of this pleading was served on all counsel of record listed below via e-mail and/or through this Court's CM/ECF system:

**Stuart J. Robinson**
Michelle R. Bennett
Trial Attorneys
**United States Department of Justice**
Civil Div., Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
stuart.j.robinson@usdoj.gov

*Attorneys for the Federal Defendants*

Rebecca L. Robertson
Adriana Piñon
Satinder Singh
**American Civil Liberties Union**
**Foundation of Texas**
1500 McGowan, Suite 250
Houston, TX 77004
rrobertson@aclutx.org
apiñon@aclutx.org
ssingh@aclutx.org

Cecillia D. Wang
**American Civil Liberties Union Foundation**
**Immigrants' Rights Project**
39 Drumm Street
San Francisco, CA 94111
cwang@aclu.org

Omar C. Jadwat
Judy Rabinovitz
Michael K.T. Tan
**American Civil Liberties Union Foundation**
125 Broad Street
New York, New York 10004
ojadwat@aclu.org
jrabinovitz@aclu.org
mtan@aclu.org

Kristi L. Graunke
Michelle Lapointe
**Southern Poverty Law Center**
1989 College Avenue NE
Atlanta, GA 30317
kristi.graunke@splcenter.org
michelle.lapointe@splcenter.org

Karen C. Tumlin
**National Immigration Law Center**
3425 Wilshire Blvd., Ste. 2850
Los Angeles, CA 90010
tumlin@nilc.org

*Attorneys for Defendant International Rescue Committee, Inc.*

/s/ Austin R. Nimocks
AUSTIN R. NIMOCKS