IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TEXAS HEALTH AND HUMAN SERVICES COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 3:15-cv-03851-N<br>) |
| UNITED STATES OF AMERICA, et al., | )<br>) |
| Defendants. | )<br>)<br>) |

**DEFENDANT INTERNATIONAL RESCUE COMMITTEE'S
MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Defendant International Rescue Committee (IRC), by and through its counsel of record, hereby moves this court for dismissal of Plaintiff Texas Health and Human Services Commission's (HHSC's) amended complaint [Doc. 13]. The Court should dismiss HHSC's claim against IRC for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). This motion is supported by the brief also filed on this date.

Dated: January 4, 2016

Respectfully submitted,

/s/ Cecillia D. Wang
Cecillia D. Wang*

Omar C. Jadwat*
Judy Rabinovitz*
Michael K.T. Tan*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION IMMIGRANTS' RIGHTS PROJECT
125 Broad Street
New York, NY 10004
Tel.: (212) 549-2620
Fax: (212) 549-2654
Email: ojadwat@aclu.org
jrabinovitz@aclu.org
mtan@aclu.org

Nida Vidutis**
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA  94111
Tel: (415) 343-0775
Fax: (415) 395-0950
Email: cwang@aclu.org

Rebecca L. Robertson
State Bar No.: 00794542
Adriana Piñon
State Bar No.: 24089768.
Satinder Singh
State Bar No.: 24093508
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF TEXAS
1500 McGowan Street, Suite 250
Houston, TX 77004
Tel.: (713) 942-8146
Fax: (713) 942-8966
Email: rrobertson@aclutx.org
apiñon@aclutx.org
ssingh@aclutx.org

Kristi L. Graunke*
Michelle Lapointe*
SOUTHERN POVERTY LAW CENTER
1989 College Avenue NE
Atlanta, GA 30317
Tel: (404) 521-6700
Fax: (404) 221-5857
Email: kristi.graunke@splcenter.org
michelle.lapointe@splcenter.org

Karen C. Tumlin*
Nicholas Espíritu*
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Boulevard
Suite 2850
Los Angeles, CA 90010
Tel: (213) 674-2850
Fax: (213) 639-3911
Email: tumlin@nilc.org
espiritu@nilc.org

Neal Manne
State Bar No.: 12937980
Terrell W. Oxford
State Bar No.: 15390500
Robert Rivera, Jr.
State Bar No.: 16958030
Vineet Bhatia
State Bar No.: 00795976
Shawn L. Raymond
State Bar No.: 24009236
Robert S. Safi
State Bar No.: 24051280
SUSMAN GODFREY, LLP
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
Email: nmanne@susmangodfrey.com
toxford@susmangodfrey.com
rrivera@susmangodfrey.com
vbhatia@susmangodfrey.com
sraymond@susmangodfrey.com
rsafi@susmangodfrey.com

Stephen Shackelford
State Bar No.: 24062998
SUSMAN GODFREY, LLP
560 Lexington Avenue, 15th Floor
New York, NY 10022
Tel: (212) 336-8330
Fax: (212) 336-8340
Email: sshackelford@susmangodfrey.com

Justin B. Cox*
LAW OFFICES OF JUSTIN B. COX
1989 College Avenue NE
Atlanta, GA 30317
Tel: (404) 594-2258
Email: cox@cox.legal

*Attorneys for Defendant International Rescue Committee, Inc.*
*Admitted *pro hac vice*
**Application for admission *pro hac vice* forthcoming

## CERTIFICATE OF SERVICE

      I hereby certify the foregoing motion to dismiss was served upon the parties via ECF notification.

                                        /s/ Cecillia D. Wang
                                        Cecillia D. Wang*