IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TEXAS HEALTH AND HUMAN SERVICES COMMISSION | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:15-cv-3851 |
| UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF STATE, JOHN KERRY in his Official Capacity as SECRETARY OF STATE, UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES, SYLVIA BURWELL, in her Official Capacity as SECRETARY OF HEALTH AND HUMAN SERVICES, OFFICE OF REFUGEE RESETTLEMENT, ROBERT CAREY, in his Official Capacity as Director of the OFFICE OF REFUGEE RESETTLEMENT, and INTERNATIONAL RESCUE COMMITTEE, INC. | § § § § § § § § § § § § § § § § § § | |
| Defendants. | § | |

PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS BY DAVID GOAD

TO THE HONORABLE JUDGE OF SAID COURT:

The Texas Health and Human Services Commission ("Commission") files this response to the Motion to Dismiss filed by David Goad (Dkt. No. 27). The Motion to Dismiss suffers from substantive and procedural flaws. Substantively, the Motion complains that the Attorney General and the attorneys on the signature block are not admitted to practice in the Northern District of Texas. (Dkt. No. 27 at 1, 2-3). But

the Motion fails to account for the fact that Local Rule 83.11 expressly exempts attorneys appearing on behalf of the Attorney General of the State of Texas from the requirement of filing a *pro hac vice* motion.  N.D. Tex. R. 83.11.  Nonetheless, General Litigation Division Chief Angela Colmenero is admitted to practice in the Northern District of Texas.  Additionally, the Motion is procedurally flawed in that only a party may move to dismiss under Rule of Civil Procedure 12.  *See* Fed. R. Civ. P. 12(b) (providing that "a party may assert the following defenses by motion"); *Bormio Investments, Inc. v. USBC Bank USA Nat. Ass'n*, 574 F. App'x 417, 418 (5th Cir. 2014) ("Rule 12(b)(6) permits a party to move to dismiss if a plaintiff has failed 'to state a claim upon which relief can be granted.'").  David Goad is not a party.

## PRAYER FOR RELIEF

For the foregoing reasons, the Commission respectfully requests that the Motion to Dismiss filed by David Goad be denied.

Dated:        January 5, 2016.

Respectfully submitted,


KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

BRANTLEY STARR
Deputy Attorney General for Legal
  Counsel

/s/ Austin R. Nimocks
AUSTIN R. NIMOCKS
Associate Deputy Attorney General for
  Special Litigation
Texas Bar No. 24002695

ANGELA V. COLMENERO
Division Chief – General Litigation

ADAM N. BITTER
Assistant Attorney General

General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I certify that a copy of this pleading was served on all counsel of record listed below via e-mail and/or through this Court's CM/ECF system.  Mr. Goad has been served via U.S. Mail.

**Stuart J. Robinson**
**Michelle R. Bennett**
Trial Attorneys
**United States Department of Justice**
Civil Div., Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
stuart.j.robinson@usdoj.gov
michelle.bennett@usdoj.gov

*Attorneys for the Federal Defendants*

**Rebecca L. Robertson**
**American Civil Liberties Union**
**Foundation of Texas**
1500 McGowan, Suite 250
Houston, TX 77004
rrobertson@aclutx.org


**Cecillia D. Wang**
**American Civil Liberties Union Foundation -**
**Immigrants' Rights Project**
39 Drumm Street
San Francisco, CA 94111
cwang@aclu.org

**Omar C. Jadwat**
**Judy Rabinovitz**
**Michael K.T. Tan**
**American Civil Liberties Union Foundation –**
**Immigrants' Rights Project**
125 Broad Street, 18th Floor
New York, New York  10004
ojadwat@aclu.org
jrabinovitz@aclu.org
mtan@aclu.org

**Justin B. Cox**
Law Offices of Justin B. Cox
1989 College Avenue NE
Atlanta, GA  30317
cox@cox.legal


**Kristi L. Graunke**
**Michelle Lapointe**
**Southern Poverty Law Center**
1989 College Avenue NE
Atlanta, GA  30317
kristi.graunke@splcenter.org
michelle.lapointe@splcenter.org

**Karen C. Tumlin**
**Nicholas Espiritu**
**National Immigration Law Center**
3425 Wilshire Blvd., Ste. 2850
Los Angeles, CA  90010
tumlin@nilc.org
espiritu@nilc.org

**Neal Stuart Manne**
**Robert Rivera, Jr.**
**Robert S. Safi**
**Shawn Raymond**
**Vineet Bhatia**
Susman Godfrey LLP
1000 Louisiana St,  Ste. 5100
Houston, TX  77002-5096
nmanne@susmangodfrey.com
rrivera@susmangodfrey.com
rsafi@susmangodfrey.com
sraymond@susmangodfrey.com
vbhatia@susmangodfrey.com

**Stephen Shackelford, Jr.**
**Terrell W. Oxford**
Susman Godfrey LLP
901 Main St.,  Ste 5100
Dallas, TX 75202-3775
toxford@susmangodfrey.com
sshackelford@susmangodfrey.com

*Attorneys for Defendant International Rescue Committee, Inc.*

**David Goad**
1154 Rivertree Drive
New Braunfels, TX  78130

*Movant*

/s/ Austin R. Nimocks
AUSTIN R. NIMOCKS