# Exhibit D



GOVERNOR GREG ABBOTT

November 17, 2015

**RECEIVED**

**NOV 17 2015**

**OFFICE OF THE**
**HHS EXECUTIVE COMMISSIONER**

Mr. Chris Traylor
Executive Commissioner
Texas Health and Human Services Commission
4900 North Lamar Boulevard, 4th Floor
Austin, Texas 78751-3247

Colonel Steven C. McCraw
Director
Texas Department of Public Safety
P.O. Box 4087
Austin, Texas 78773-4087

Dear Commissioner Traylor and Colonel McCraw:

As you are aware, I sent a letter to President Obama yesterday informing him that the State of Texas will not participate in the resettlement of Syrian refugees in the wake of recent deadly terrorist attacks in Paris. I direct your agencies to use your full authority to comply with this direction.

In addition, I direct both agencies to communicate this directive to all local volunteer agencies and organizations that participate in the U.S. Refugee Resettlement Program. I further direct Texas Health and Human Services Commission to immediately submit to the U.S. Department of Health and Human Services all necessary amendments to Texas' Refugee Resettlement State Plan.

Additionally, I direct the Texas Department of Public Safety to work with federal and local officials to ensure any refugees already in this state do not pose a risk to public safety.

Finally, in accordance with Section 752.003 of the Texas Government Code and 45 C.F.R. § 400.5, I appoint Cecile Young as the State Refugee Coordinator for Texas, to serve a term at the pleasure of the governor.

Sincerely,

*Greg Abbott*
Greg Abbott
Governor

GA:eek