# Exhibit E


| | |
|---|---|
| **From:** | Berdinner, Kiera |
| **To:** | ekekic@cwsglobal.org; Sandra Vines; dstein@episcopalchurch.org; kbonz@episcopalchurch.org; Tsehaye Teferra; Emily Nesheim; Mark Hetfield; Harvey Paretzky; Jennifer Sime; Robin Dunn Marcos; Mike Mitchell; NZelic@lirs.org; Lavinia Limon; Saba Berhane; Bill Canny; Richard Hogan; "Dan Kosten"; Casey Leyva |
| **Cc:** | Bartlett, Lawrence E.; Day, Barbara J; Jones, J Irving; Herrera, Holly A; Cumming, Anna; bob.carey@acf.hhs.gov; Kenneth, Tota; Brown, Anastasia (ACF); jkovarik@cssalaska.org; jcurran2@cssrrp.org; cshipman@azdes.gov; Dave.Mills@dhs.arkansas.gov; sysvanh.kabkeo@dss.ca.gov; Kit Taintor; carlene.taylor@ct.gov; Janneen.Boyce@state.de.us; Crawford, Debra R. (DHS); Grogan, Patti; msingleton@dhr.state.ga.us; rona.m.suzuki@hawaii.gov; jreeves@IdahoRefugees.org; Le, Ngoan; Schomburg, Matthew; jwilken@dhs.state.ia.us; Lewis Kimsey; Becker, Jordan; asperry@ccdiobr.org; Catherine.Yomoah@maine.gov; augustin.ntabaganyimana@maryland.gov; Truong, Mary (ORI); Horn, Al (DHS); rachele.king@state.mn.us; Lorraine Hunter; Steven.milburn@dss.mo.gov; kquittenton@mt.gov; karen.parde@nebraska.gov; cramirez@catholiccharities.com; Barbara.Seebart@dhhs.state.nh.us; Annette.Riordan@dhs.state.nj.us; kresta.opperman@state.nm.us; Dorothy.Wheeler@otda.state.ny.us; Marlene.Myers@dhhs.nc.gov; Shirley Dykshoorn; jennifer.johnson@jfs.ohio.gov; Silva, Melanie; Rhonda.prodzinski@state.or.us; Fry, Charlotte; Frederick.Sneesby@dhs.ri.gov; dorothy.addison@dss.sc.gov; tim.jurgens@lsssd.org; hjohnson@cctenn.org; Randall,Patrick (HHSC); geraldbrown@utah.gov; Denise.Lamoureux@state.vt.us; Kathy.Cooper@dss.virginia.gov; sarah.peterson@dshs.wa.gov; Monica.A.Hamilton@wv.gov; mette.brogden@wisconsin.gov; csalazar@ccdiobr.org |
| **Subject:** | Requests for Refugee Case Information |
| **Date:** | Friday, November 20, 2015 6:26:20 PM |

Dear Colleagues,

There have been a number of recent questions regarding how affiliates should respond to requests for specific refugee case information.  Information regarding individual refugee cases that may be received by local resettlement agencies or the State Refugee Coordinators is considered confidential.  Requests for specific refugee case information outside of the normal process for provision of services should be directed to the Department of State's Bureau of Population, Refugees, and Migration (PRM).

In order to release refugee information, PRM will need to receive an official letter from the requesting entity's headquarters or a local or state official's office, on letterhead, stating:

- The specific purpose of the request, including information regarding any real or potential investigation the requested information will be used for;
- The office and name of the requester, and who has authorized this request within the chain of command; and
- The exact information being requested.

The request may be addressed to Lawrence Bartlett, Director of the Office of Admissions and sent to the following email address: PRM-Admissions-Inquiries@state.gov. Once the Department of State has received this request, we will determine if and how the requested information may be released.

This email is UNCLASSIFIED.