# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| TEXAS HEALTH AND HUMAN SERVICES COMMISSION, ) ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 3:15-cv-3851 (DCG) |
| v. ) ) | |
| UNITED STATES OF AMERICA, *et al.*, ) ) | |
| Defendants. ) ) | |

## NOTICE OF ARRIVAL OF SYRIAN REFUGEES

The Federal Defendants hereby provide notice that seven Syrian refugees arrived for resettlement in Houston, Texas, today, January 22, 2016. The group consists of a married couple and their five children, aged two to twelve years old. No individual in this group was admitted pursuant to a "material support" exemption.

The Federal Defendants hereby acknowledge and sincerely apologize for the fact that they did not provide Plaintiff with seven days' advance notice of the arrival of this group of Syrian refugees, as required by the Court's instruction to the Federal Defendants during the December 7, 2015, telephone status conference. The failure to provide the required notice on the instant occasion was inadvertent, not intentional, and apparently occurred because of miscommunications among personnel within the Department of State. The Federal Defendants have otherwise provided the required notice; on December 24, 2015, they notified Plaintiff of the scheduled January 25, 2016, arrival in Texas of another group of three Syrian refugees (a mother and her two teenage children). Once the oversight was discovered earlier today, Department of Justice counsel were immediately alerted and this notice was prepared and filed. The

Department of State, in consultation with Department of Justice counsel, is also taking immediate steps to avoid any additional failure to provide the notice required by the Court.

Dated:  January 22, 2016

<div style="margin-left: 3in;">

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
JOHN R. PARKER
United States Attorney
JOSEPH H. HUNT
Director
SHEILA M. LIEBER
Deputy Director
ANTHONY J. COPPOLINO
Deputy Director
JAMES J. GILLIGAN
Special Litigation Counsel


  */s/ Michelle R. Bennett*
STUART J. ROBINSON
MICHELLE R. BENNETT
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, D.C.  20530
Tel: (202) 305-8902
Fax: (202) 616-8470
Email: michelle.bennett@usdoj.gov

*Attorneys for the Federal Defendants*

</div>

**CERTIFICATE OF SERVICE**

     I certify that on January 22, 2016, I caused to be filed electronically the foregoing notice with the Clerk of Court using the Court's CM/ECF system, which sends a Notice of Electronic Filing to counsel of record.

                                         /s/ *Michelle R. Bennett*
                                         Michelle R. Bennett