## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| TEXAS HEALTH AND HUMAN SERVICES COMMISSION | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:15-cv-3851 |
| UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF STATE, JOHN KERRY in his Official Capacity as SECRETARY OF STATE, UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES, SYLVIA BURWELL, in her Official Capacity as SECRETARY OF HEALTH AND HUMAN SERVICES, OFFICE OF REFUGEE RESETTLEMENT, ROBERT CAREY, in his Official Capacity as Director of the OFFICE OF REFUGEE RESETTLEMENT, and INTERNATIONAL RESCUE COMMITTEE, INC. | § § § § § § § § § § § § § § § § § | |
| Defendants. | § | |

## PLAINTIFF'S RESPONSE TO FEDERAL DEFENDANTS' NOTICE OF ARRIVAL OF SYRIAN REFUGEES

The Texas Health & Human Services Commission (Commission) files this response to the Federal Defendants' Notice of Arrival of Syrian Refugees (Dkt. 63). On December 7, the Court instructed the Defendants to notify the Commission at least seven days in advance of Syrian refugees being designated for resettlement in Texas. On January 22, the Federal Defendants informed the Court they had resettled seven Syrian refugees that day without complying with the Court's instruction. Dkt. 63 at 1. Though none of the January 22, 2016 refugees was admitted under the waiver for refugees who have materially supported terrorists,[1] the group presumably includes a military-aged male because it consists of a married couple and their five children (ages 2 through 12). *Id.*

The Commission appreciates that the Federal Defendants quickly informed the Court once they realized they violated the Court's instruction. But this circumstance is the merely the latest in a series of events that proves exactly why a preliminary injunction and ultimate relief are needed to ensure that Texas has, at a minimum, the information it needs to protect the safety of its residents while resettling more refugees than any other State.

The harm that results to the State by this late notification is irreparable as a matter of law. It cannot be remedied at law or through untimely injunctive relief. The parties do not dispute that consultation and cooperation is clearly and statutorily required *before* refugee resettlement. The Commission maintains that the temporal element of its right to be consulted is significant in weighing the nature of its harm for purposes of injunctive relief. The timing of the information sharing by the Federal Defendants in this very instance, coming after or during resettlement, guarantees that the statutory right at issue is forever lost. This permits the Federal Defendants

---

[1] This is unlike the refugees from Syria resettled in Texas on or about January 25, 2016 that were presumably resettled under the material support to terrorism wavier. *See* Doc. 57 at 1 n.3.

to functionally exercise legislative power and re-write the language of Congress to suit its preferences or political objectives.

Notwithstanding the timing of this notification, an increasing number of federal officials have expressed serious concerns over the ability of the Federal Defendants to accurately vet Syrian refugees, and multiple persons admitted through the refugee program have recently been arrested for activities relating to supporting terrorism in Texas. How can Texas protect the safety of its residents if the Federal Defendants do not comply with either federal law on advanced consultation or the Court's instruction on notification? At a minimum, Texas is entitled to see the person-specific information related to Syrian refugees the Defendants intend to resettle to Texas.

Dated:  January 26, 2016.

Respectfully submitted,


KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

BRANTLEY STARR
Deputy Attorney General for Legal
  Counsel

<u>/s/ Austin R. Nimocks</u>
AUSTIN R. NIMOCKS
Associate Deputy Attorney General for
  Special Litigation
Texas Bar No. 24002695

ANGELA V. COLMENERO
Division Chief – General Litigation

ADAM N. BITTER
Assistant Attorney General

General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I certify that a copy of this pleading was served on all counsel of record listed below via e-mail and/or through this Court's CM/ECF system.  Mr. Goad has been served via U.S. Certified Mail.

**Stuart J. Robinson**
**Michelle R. Bennett**
Trial Attorneys
**United States Department of Justice**
Civil Div., Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
stuart.j.robinson@usdoj.gov
michelle.bennett@usdoj.gov

*Attorneys for the Federal Defendants*

**Rebecca L. Robertson**
**American Civil Liberties Union**
**Foundation of Texas**
1500 McGowan, Suite 250
Houston, TX 77004
rrobertson@aclutx.org


**Cecillia D. Wang**
**American Civil Liberties Union Foundation -**
**Immigrants' Rights Project**
39 Drumm Street
San Francisco, CA 94111
cwang@aclu.org

**Omar C. Jadwat**
**Judy Rabinovitz**
**Michael K.T. Tan**
**American Civil Liberties Union Foundation –**
**Immigrants' Rights Project**
125 Broad Street, 18th Floor
New York, New York  10004
ojadwat@aclu.org
jrabinovitz@aclu.org
mtan@aclu.org

**Justin B. Cox**
Law Offices of Justin B. Cox
1989 College Avenue NE
Atlanta, GA  30317
cox@cox.legal


**Kristi L. Graunke**
**Michelle Lapointe**
**Southern Poverty Law Center**
1989 College Avenue NE
Atlanta, GA  30317
kristi.graunke@splcenter.org
michelle.lapointe@splcenter.org

**Karen C. Tumlin**
**Nicholas Espiritu**
**National Immigration Law Center**
3425 Wilshire Blvd., Ste. 2850
Los Angeles, CA  90010
tumlin@nilc.org
espiritu@nilc.org

**Neal Stuart Manne**
**Robert Rivera, Jr.**
**Robert S. Safi**
**Shawn Raymond**
**Vineet Bhatia**
Susman Godfrey LLP
1000 Louisiana St,  Ste. 5100
Houston, TX  77002-5096
nmanne@susmangodfrey.com
rrivera@susmangodfrey.com
rsafi@susmangodfrey.com
sraymond@susmangodfrey.com
vbhatia@susmangodfrey.com

**Stephen Shackelford, Jr.**
**Terrell W. Oxford**
Susman Godfrey LLP
901 Main St.,  Ste 5100
Dallas, TX 75202-3775
toxford@susmangodfrey.com
sshackelford@susmangodfrey.com

***Attorneys for Defendant International Rescue Committee, Inc.***

**Amelia L. B. Sargent**
**Joseph D. Lee**
**C. Hunter Hayes**
Munger, Tolles & Olson, LLP
355 South Grand Avenue, Ste. 3500
Los Angeles, CA  90071-1560
amelia.sargent@mto.com
joseph.lee@mto.com
hunter.hayes@mto.com

**Anne Schutte**
Law Office of Anne Shuttee
6060 N. Central Expressway
Suite 560
Dallas, TX  75206
***Attorneys for Amicus Curiae Interfaith Clergy***


**David Goad**
1154 Rivertree Drive
New Braunfels, TX  78130

***Movant***


                    /s/ *Austin R. Nimocks*
                    AUSTIN R. NIMOCKS
                    Associate Deputy Attorney General for
                    Special Litigation