IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TEXAS HEALTH AND HUMAN SERVICES COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants. | Civil Action No. 3:15-cv-3851 (DCG) |

## [PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS' MOTION TO DISMISS COUNTS I AND II OF THE AMENDED COMPLAINT

Upon consideration of Federal Defendants' Motion to Dismiss Counts I and II of the Amended Complaint, and any response and reply thereto, it is hereby

ORDERED that Federal Defendants' Motion to Dismiss Counts I and II of the Amended Complaint is GRANTED, and it is

FURTHER ORDERED that Counts I and II of the Amended Complaint are DISMISSED WITH PREJUDICE.

Dated this ____ day of _____, 2016.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE