IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TEXAS HEALTH AND HUMAN SERVICES COMMISSION, § § § | | |
| Plaintiff, § § | | |
| v. § | Civil Action No. 3:15-CV-3851-N | |
| § UNITED STATES OF AMERICA, *et al.*, § § | | |
| Defendants. § | | |

# **FINAL JUDGMENT**

By separate Order of this same date, the Court dismissed Plaintiff Texas Health and Human Services Commission's (the "Commission") claims against Defendant International Rescue Committee, Inc. ("IRC") and the Federal Defendants.[1] The Court accordingly orders that the Commission take nothing by its claims against the IRC and the Federal Defendants. Court costs are taxed against the Commission. All relief not expressly granted is denied. This is a final judgment.

---

[1] The Federal Defendants are: the United States of America, the United States Department of State, John Kerry in his official capacity as Secretary of State, the United States Department of Health & Human Services, Sylvia Burwell in her official capacity as Secretary of Health & Human Services, the Office of Refugee Resettlement, and Robert Carey in his official capacity as Director of the Office of Refugee Resettlement.

FINAL JUDGMENT – PAGE 1

Signed June 15, 2016.

_____
David C. Godbey
United States District Judge

FINAL JUDGMENT – PAGE 2